**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6378

HAYWARD LEON ROGERS,

Plaintiff - Appellant,

versus

SCDC; MCCORMICK CORRECTIONAL INSTITUTION;
SERGEANT BELL; CAPTAIN BALL; WARDEN RUSHTON,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Anderson. Henry F. Floyd, District Judge. (CA-02-3612)

Submitted: April 15, 2004         Decided: April 23, 2004

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Hayward Leon Rogers, Appellant Pro Se. James Victor McDade, DOYLE, O'ROURKE, TATE & MCDADE, P.A., Anderson, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Hayward Leon Rogers appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Rogers v. SCDC, No. CA-02-3612 (D.S.C. Feb. 20, 2004). Because a certificate of appealability is not required for this appeal, we deny Rogers's motion for certificate of appealability as unnecessary. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED